closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SOFIA SANDOVAL,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK NA; NDEX WEST LLC; AGENCY SALES & POSTING<br><br>    Defendants. | Case No. CV 10-09139 JFW (FMOx)<br><br>[Assigned to Hon. John F. Walter, District Judge, Courtroom 16]<br><br><br>**JUDGMENT DISMISSING COMPLAINT WITH PREJUDICE** |

The court, having granted defendant Wells Fargo Bank, N.A.'s motion to dismiss the complaint without leave to amend on January 26, 2011, and having exercised its discretion *sua sponte* as to all defendants:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

This action is hereby dismissed with prejudice.

Dated: February 1, 2011

                                               **HON. JOHN F. WALTER**
                                               **UNITED STATES DISTRICT JUDGE**